NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VL COLLECTIVE IP, LLC,**

*Appellant*

**v.**

**META PLATFORMS, INC., INSTAGRAM, INC., WHATSAPP LLC, META PLATFORMS TECHNOLOGIES, LLC, GIPHY, INC.,**

*Appellees*

---

2025-1414

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-00923.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2               VL COLLECTIVE IP, LLC V. META PLATFORMS, INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

August 7, 2025
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** August 7, 2025